

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-23-2007

# In Re: Hoffman

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2184

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Hoffman " (2007). *2007 Decisions.* Paper 544.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/544

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2184
_____

IN RE: MICHAEL KEVIN HOFFMAN,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 05-cv-00473)

Submitted Under Rule 21, Fed. R. App. P.
June 1, 2007
Before:  SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

(Filed: August 23, 2007)

_____

OPINION
_____

PER CURIAM

        Pro se petitioner Michael Kevin Hoffman seeks a writ of mandamus to

compel the United States District Court for the District of Delaware to rule upon his

petition for a writ of habeas corpus.

        Hoffman filed his petition for writ of habeas corpus on August 2, 2006.  On

December 1, 2006, the respondents filed an answer.  Hoffman then filed a reply on March

1

16, 2007.  Two weeks later, Hoffman filed the present petition for writ of mandamus seeking to compel the District Court to rule upon his petition.

On June 14, 2007, the District Court entered an order dismissing without prejudice Hoffman's habeas petition.  Because Hoffman has now received the relief he sought in filing his mandamus petition—namely, a ruling on his habeas corpus petition—we will deny his mandamus petition as moot.